**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                               CASE NO. 3:20-mj-1370-MCR

JULIA LAZUKINA
_____/

Defense Atty.: MARK ROSENBLUM
AUSA: LAURA COFER TAYLOR

| JUDGE: | **Monte C. Richardson**<br>**U.S. Magistrate Judge** | DATE AND TIME | October 20, 2020<br>3:39 PM – 3:51 PM<br>12 MINUTES |
|---|---|---|---|
| DEPUTY CLERK: | Sharon Spaulding | TAPE/REPORTER | Digital |
| INTERPRETER | None Required | PRETRIAL/PROBATION | PATRICK SHERIDAN |

## CLERK'S MINUTES

### PROCEEDINGS: INITIAL APPEARANCE – RULE 5/DISTRICT OF IDAHO

Defendant arrested by the FBI on October 20, 2020 on an Indictment out of the District of Idaho.

Court requested presence of counsel for possible appointment

Defendant advised of rights, charges, penalties and special assessment.

Defendant requested court appointed counsel. Defendant placed under oath and questioned regarding financial ability to employ counsel. Based on Defendant's financial affidavit, the Court appoints the Federal Public Defender's Office.

Government orally moved for bond.

Bond set: $10,000.00 – UNSECURED - Order Setting Conditions of Release to enter.

Identity Hearing scheduled for October 22, 2020 at 11:00 am.