# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

Bryan Simpson United States Courthouse
300 North Hogan Street Suite 9-150
Jacksonville, Florida 32202
(904) 549-1900
www.flmd.uscourts.gov

Elizabeth M. Warren                                                    Jim Leanhart
Clerk of Court                                              Jacksonville Division Manager

## UNITED STATES OF AMERICA

## VS.                                                CASE NO: 20-1370-01

## JULIA LAZUKINA

_____

### NOTICE OF SURRENDERED U.S. PASSPORT

To:   U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
PO Box 1227
Sterling, VA 20166-1227

**PURSUANT** to the Court's order entered on October 22, 2020 in the above styled case, the Defendant's passport, **Number** ‾ ‾ ‾ **6317** was surrendered to the custody of the Clerk of Court on October 22, 2020. The defendant is not permitted to apply for the issuance of another passport during the pendency of this action.

|  |  |
|---|---|
| Defendant's date of birth: | 1997 |
| Defendant's place of birth: | Oregon, USA |
| Passport received from: | Julia Luzakina |
| Passport issued to: | Julie Luzakina |
| Date of issuance: | April 10, 2012 |

ELIZABETH M. WARREN, CLERK

By *Lynne Barron*
Lynne Barron, Deputy Clerk

October 22, 2020

Original to Case File
c:    **Counsel and Unrepresented Defendant**
Pretrial Services (if before Judgment)
Probation Office (if after Judgment)
Appropriate Agency Listed Above
Passport Coordinator