**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                             CASE NO. 3:20-mj-1370-MCR

JULIA LAZUKINA

**ORDER**

The defendant appeared before this Court pursuant to Rule 40, Fed.R.Crim.P., having been arrested on a Warrant issued by the District of Idaho. The defendant was advised of the charges, rights, maximum penalties and of her right to counsel.

The defendant appeared with counsel and freely, voluntarily and knowingly waived her right to an Identity Hearing. Accordingly, it is hereby **ORDERED**:

The defendant, having been released on conditions of release, is directed to appear at the Federal Defender Services of Idaho, Inc. 702 West Idaho Street, Suite 1000, Boise, Idaho 83702 on **November 5, 2020**, at **9:00 AM** to appear virtually before the Honorable Ronald E. Bush.

The Clerk of the Court shall transmit to the District of Idaho any appropriate documentation from the file and then close this file.

**DONE** and **ORDERED** in Jacksonville, Florida on this 23rd day of October, 2020.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Assistant United States Attorney (Cofer Taylor)
Federal Public Defender (Rosenblum)
Defendant